IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter:  7 |
| HELEN PADUA | : | |
| PAULINO PADUA | : | |
| | : | |
| | : | BANKRUPTCY NO:    09-27491-BAM |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent is:

> **eCAST Settlement Corporation**
> **POB 35480**
> **Newark NJ 07193 5480**

By: /s/ GILBERT B. WEISMAN
_____

Gilbert B Weisman, Esquire, PA59872
Becket & Lee LLP, Attorneys/Agent for Creditor
POB 3001
Malvern PA 19355-0701
PHONE:     (610) 644-7800
FAX:          (610) 993-8493
EMAIL:     notices@becket-lee.com

DATE:        09/22/2009

Pet:  09/18/2009

EF1-CBO

